It is so ordered.

s/James G. Carr
Sr. United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **TIFFANY L. FLATHERS** | * | Case No. 3:17CV01935 |
| Plaintiff, | * | Judge James G. Carr |
| vs. | * | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **DOLGENCORP, LLC** | * | |
| Defendant. | * | Francis J. Landry (0006072) |
| . | * | **WASSERMAN, BRYAN, LANDRY & HONOLD, LLP** |
| | * | 1090 West South Boundary, Suite 500 Perrysburg, Ohio 43551 |
| | * | Telephone: (419) 243-1239 Facsimile: (419) 243-2719 |
| | * | Email: FLandry308@aol.com Attorney for Plaintiff Tiffany L. Flathers |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE CLERK:

Please take notice that Plaintiff Tiffany L. Flathers pursuant to Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure, herewith dismiss all claims that she has asserted against Defendant in the above styled action voluntarily and without prejudice at Plaintiff's costs.

Respectfully submitted,

**WASSERMAN, BRYAN, LANDRY & HONOLD, LLP**

**s/Francis J. Landry**
Francis J. Landry
Attorney for Plaintiff
Tiffany L. Flathers

## NOTICE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically on October 13, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. I hereby certify that a copy of the foregoing was also sent via ordinary U.S. Mail this 13th day of October, 2017 to Anderson Scott, Esq., Fisher & Phillips LLP, 1075 Peachtree Street, NE, Suite 3500, Atlanta, GA  30309, Attorney for Defendant Dolgencorp, LLC.

/s/ Francis J. Landry
Francis J. Landry